585 A.2d 402
DAVID MICHLIN AND RUTH MICHLIN v. FRED ROTH.

October 16, 1990.

Petition for certification denied.

585 A.2d 402
COUNTY OF MONMOUTH v. WILLIAM A. KOHL.

October 16, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 210, 576 *A.*2d 323)

585 A.2d 402
DENNIS DESMOND v. PAREID, INC.

October 16, 1990.

Petition for certification denied.

585 A.2d 403
THOMAS KEEGAN v. CITY OF ORANGE TOWNSHIP.

October 16, 1990.

Petition for certification denied.